# WSC Holdings, LLC - EXHIBIT B

| Claim Number | Claimant Name | Proof of Claim Amount | Total Deposited | Total Withdrawn | Net | Reason for Objection | Proposed Base Claim |
|---|---|---|---|---|---|---|---|
| 9 | Katherine S. Aldridge | $103,138.89 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 |
| 10 | Katherine S. Aldridge | $103,138.89 | | | | Duplicate claim | $0.00 |
| 30 | James Michael Aldridge Sr. | $142,466.46 | $310,959.65 | $385,000.00 | -$74,040.35 | Claim includes gains | $0.00 |
| 73 | Harvey G. Allison | $50,000.00 | | | | Claimant invested in a non-Debtor entity | $0.00 |
| 56 | Ballantyne Clubdominium | $5,070,000.00 | | | | No basis for claim against the Debtor | $0.00 |
| 68 | William F. Bass | $73,164.03 | $50,000.00 | $1,000.00 | $49,000.00 | Claim includes gains | $50,000.00 |
| 20 | Norman D. Baucom | $40,922.20 | $40,000.00 | $0.00 | $40,000.00 | Claim includes gains | $40,000.00 |
| 21 | Shannon Johnsen Baucom | $40,922.20 | $40,000.00 | $0.00 | $40,000.00 | Claim includes gains | $40,000.00 |
| 14 | Kathy V. Beam | $52,500.00 | $70,000.00 | $0.00 | $70,000.00 | Claim omitted deposit | $70,000.00 |
| 40 | Christa T. Boggs | $58,507.31 | $76,500.00 | $25,000.00 | $51,500.00 | Claim includes gains | $51,500.00 |
| 70 | Robert J. Bowers | $66,963.85 | $69,893.40 | $4,261.55 | $65,631.85 | Claim includes gains | $65,631.85 |
| 36 | Melton Brown | $156,875.00 | $150,000.00 | $0.00 | $150,000.00 | Claim includes gains | $150,000.00 |
| 19 | Michael W. Burkhard | $119,635.61 | $108,747.50 | $30,000.00 | $78,747.50 | Claim includes gains | $78,747.50 |
| 50 | Ronald Craig Cass | $95,000.00 | | | | Claimant invested in a Non-Debtor Entity | $0.00 |
| 38 | Daisy Couch | $21,872.08 | $20,000.00 | $0.00 | $20,000.00 | Claim includes gains | $20,000.00 |
| 58 | Carolyn and Thomas Crozier | $534,448.08 | $310,000.00 | $10,000.00 | $300,000.00 | Claim includes gains | $300,000.00 |
| 59 | Carolyn Crozier (Traditional IRA) | $144,098.54 | $145,000.00 | $51,500.00 | $93,500.00 | Claim includes gains | $93,500.00 |
| 54 | Thomas J. Crozier, III | $187,163.20 | $355,000.00 | $194,622.26 | $160,377.74 | Claim includes gains | $160,377.74 |
| 3 | Tobitha Deese | $125,000.00 | $125,000.00 | $97,499.51 | $27,500.49 | Claim includes gains | $19,396.00 |
| 39 | Estate of Vijay Doshi | $444,916.00 | $595,536.29 | $217,000.00 | $378,536.29 | Claim includes gains | $378,536.29 |
| 74 | Scott Dunstan | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | | $100,000.00 |
| 37 | Cheryl D. Eckley | $1,419,360.69 | $2,308,189.60 | $1,213,659.80 | $1,094,529.80 | Claim includes gains | $1,094,529.75 |
| 18 | Robert B. & April M. Frazer | $476,544.78 | $771,000.00 | $334,288.00 | $436,712.00 | Claim includes gains | $436,712.00 |
| 1 | Gary and Karen Frazier | $445,000.00 | $525,000.00 | $80,000.00 | $445,000.00 | | $445,000.00 |
| 45 | Kathryn Furr | $64,554.13 | $57,500.00 | $19,900.00 | $37,600.00 | Claim includes gains | $37,600.00 |
| 46 | Bobby Furr | $115,473.22 | $100,000.00 | $32,250.00 | $67,750.00 | Claim includes gains | $67,750.00 |
| 71 | Don W. Garrett | $28,796.05 | $125,000.00 | $112,000.00 | $13,000.00 | Claim includes gains | $13,000.00 |
| 34 | Hamilton Nash Grier (Argo) | $105,000.00 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 |
| 22 | Teresa L. Hawkins & Michael W. Burkhard | $521,000.54 | $273,088.50 | $0.00 | $273,088.50 | Claim includes gains | $273,088.50 |
| 23 | Teresa L. Hawkins & Michael W. Burkhard | $352,006.04 | $267,618.23 | $0.00 | $267,618.23 | Claim includes gains | $267,618.22 |
| 11 | George Holmes | $53,389.58 | $50,000.00 | $0.00 | $50,000.00 | Claim includes gains | $50,000.00 |
| 5 | Internal Revenue Service | $600.00 | | | | Resolved by tax return filing | $0.00 |
| 64 | Scott Jernigan | $3,306,277.81 | | | | Claimant invested in South Park Partners, LLC | $0.00 |

| # | Claimant | | | | | Notes | |
|---|---|---|---|---|---|---|---|
| 60 | Kent Kalina (non-qualified) | $137,092.50 | $135,000.00 | $110,227.50 | $24,772.50 | Claim includes gains | $24,772.50 |
| 63 | Jerry Robert King | $755,727.00 | $1,200,000.00 | $620,000.00 | $580,000.00 | Claim includes gains | $580,000.00 |
| 66 | Dawn E. King | $4,000,000.00 | | | | No investment in WSC/Employee of Stone Street Partners, LLC f/k/a Siskey Capital, LLC | $0.00 |
| 2 | Paul M. and Penni H. Leite | $102,972.60 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 |
| 12 | Dana Lemons | $107,080.00 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 |
| 13 | Herbert Lee Lemons | $107,080.00 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 |
| 15 | Gene and Tonya Ligon | $107,083.00 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 |
| 48 | Lorraine Machen | $64,067.80 | $63,000.00 | $0.00 | $63,000.00 | Claim includes gains | $63,000.00 |
| 55 | Matthew McFee | $159,815.51 | $553,125.00 | $500,000.00 | $53,125.00 | Claim includes gains | $53,125.00 |
| 42 | Carl E and Dorothy Merrell | $125,000.00 | $125,000.00 | $0.00 | $125,000.00 | | $125,000.00 |
| 43 | Carl Merrell | $116,857.10 | $125,000.00 | $44,500.00 | $80,500.00 | Claim includes gains | $80,500.00 |
| 31 | Wanda Edwards Miller | $154,116.82 | $132,000.00 | $0.00 | $132,000.00 | Claim includes gains | $132,000.00 |
| 32 | Wanda and Craig Miller | $51,623.37 | $265,000.00 | $216,000.00 | $49,000.00 | Claim includes gains | $49,000.00 |
| 33 | Craig Stephens Miller | $46,406.30 | $35,000.00 | $0.00 | $35,000.00 | Claim includes gains | $35,000.00 |
| 62 | Ann H. Miltich | $107,500.00 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 |
| 44 | Deborah S. Monnett | $401,885.98 | $400,000.00 | $0.00 | $400,000.00 | Claim includes gains | $400,000.00 |
| 29 | Robert J. Nastase | $58,991.00 | $112,500.00 | $123,600.00 | -$11,100.00 | Claim includes gains | $0.00 |
| 28 | Carl Patterson | $105,416.00 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 |
| 8 | John D. Phillips Jr. | $158,333.00 | $150,000.00 | $0.00 | $150,000.00 | Claim includes gains | $150,000.00 |
| 69 | Lauren Piscatelli | $280,641.46 | $310,297.12 | $50,297.12 | $260,000.00 | Claim includes gains | $260,000.00 |
| 72 | Lauren Piscatelli | $280,641.46 | | | | Duplicate claim | $0.00 |
| 7 | Richard and Michelle Platt | $1,004,256.94 | $2,490,000.00 | $1,500,000.00 | $990,000.00 | Claim includes gains | $990,000.00 |
| 76 | Clint Pleasants | $20,000.00 | $30,000.00 | $10,000.00 | $20,000.00 | | $20,000.00 |
| 67 | Paul G. Porter | $5,000,000.00 | | | | No investment in WSC/Employee of Stone Street Partners, LLC f/k/a Siskey Capital, LLC | $0.00 |
| 75 | James and Melanie Poteat | $610,000.00 | $600,000.00 | $0.00 | $600,000.00 | Claim includes gains | $600,000.00 |
| 4 | Joseph P. Price | $39,593.60 | $48,879.00 | $20,999.00 | $28,880.00 | Claim includes gains | $28,880.00 |
| 25 | Lyle and Jeannette Ranson | $106,080.00 | $124,000.00 | $22,080.00 | $101,920.00 | Claim includes gains | $101,920.00 |
| 26 | Lyle Ranson | $153,000.00 | $150,000.00 | $6,000.00 | $144,000.00 | Claim includes gains | $144,000.00 |
| 27 | Jeanette Ranson | $153,000.00 | $150,000.00 | $9,000.00 | $141,000.00 | Claim includes gains | $141,000.00 |
| 24 | Randy Reittinger | $104,992.00 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 |
| 16 | Gregorie Scott Rivers | $215,775.00 | $200,000.00 | $0.00 | $200,000.00 | Claim includes gains | $200,000.00 |
| 6 | Evelyn Laynette Robinson | $660,000.00 | $1,267,230.00 | $887,217.31 | $380,012.69 | Claim includes gains | $380,012.69 |
| 61 | Ivy Robinson (non-qualified) | $208,647.05 | $200,000.00 | $0.00 | $200,000.00 | Claim includes gains | $200,000.00 |
| 17 | Terence S. & Cathy S. Roche | $276,017.00 | $270,000.00 | $0.00 | $270,000.00 | Claim includes gains | $270,000.00 |
| 57 | RRL Partners | $1,267,500.00 | | | | Claimant invested in a non-Debtor entity | $0.00 |
| 52 | US Securities and Exchange Commission | "Amt to be determined" | | | | Under discussion with S.E.C. | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 35 | Peter and Jennifer Schwartz | $210,000.00 | $200,000.00 | $0.00 | $200,000.00 | Claim includes gains | $200,000.00 |
| 49 | Laura C. Smith Trust | $68,163.13 | $90,000.00 | $24,000.00 | $66,000.00 | Claim includes gains | $66,000.00 |
| 65 | Stone Street Partners, LLC f/k/a Siskey Capital, LLC | $17,383,847.00 | | | | No investment in the Debtor | $0.00 |
| 51 | Keith M. Stroud, Jr. non-mainstar | $986,723.41 | $796,596.99 | $312,470.33 | $484,126.66 | Claim includes gains | $484,126.66 |
| | Keith M. Stroud, Jr. Mainstar | | $441,723.53 | $38,000.00 | $403,723.53 | Claim includes gains | $403,723.53 |
| 47 | Paul and Jeanne B. Turner | $148,515.15 | $144,939.44 | $0.00 | $144,939.44 | Claim includes gains | $144,939.44 |
| 41 | Carlton Tyson | $332,572.21 | $300,000.00 | $0.00 | $300,000.00 | Claim includes gains | $300,000.00 |
| 53 | Brian Wilder | $3,730,126.81 | | | | Claimant invested in South Park Partners, LLC | $0.00 |
| | | | | | | **TOTAL OF PROPOSED CLAIMS** | **$11,829,987.67** |